# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) 18-00282-01-CR-W-DGK |
| v. | ) |
| MICHAEL A. KHEOP, | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S COMPETENCY

On April 3, 2019, Magistrate Judge Lajuana M. Counts ordered Defendant to undergo a competency evaluation. Defendant was examined by Dr. Jeremiah Dwyer, Ph.D., who prepared a report dated June 12, 2019.

The report opines Defendant is competent to proceed. On October 9, 2019, Magistrate Judge Counts held a competency hearing with the parties and issued a report and recommendation finding Defendant is competent to proceed. Neither party objected to the report and recommendation.

After making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge Lajuana M. Counts is adopted in its entirety, and this court finds that Defendant is competent. It is further

ORDERED that, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(4), the time between April 3, 2019, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence.

**IT IS SO ORDERED.**

Date: __October 25, 2019__                /s/ Greg Kays
                                          GREG KAYS, JUDGE
                                          UNITED STATES DISTRICT COURT