# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18-00282-01-CR-W-DGK |
| | ) |
| MICHAEL A. KHEOP, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On October 3, 2018, the Grand Jury returned a six-count Indictment charging Defendant Michael A. Kheop with three counts of false claims (each a Class D felony), two counts of mail fraud (each a Class C felony), and one count of aggravated identity theft (a Class E felony).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Kathleen D. Mahoney and Bradley Cooper
        Case Agent:   Jason Brushwood, IRS
    Defense: Stephen C. Moss
        Investigator: Gina Slack

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
    Government: 4 with stipulations; 6-7 without stipulations
    Defendant: less than 5 witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 25 exhibits
    Defendant: approximately 10 exhibits

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
    ( X) Definitely for trial; ( ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 2 ½ days total**
    Government's case including jury selection: 2 days
    Defendant: ½ day

**STIPULATIONS**: Potential business records stipulation.

**UNUSUAL QUESTIONS OF LAW:** No.

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: **Due on or before November 19, 2019.**
        Defendant: **Due on or before November 19, 2019**.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before November 27, 2019.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before November 27, 2019.**

**TRIAL SETTING**: Criminal jury trial docket set for December 2, 2019.

    **Please note:** The Government has another case on the docket (U.S.A. v. Thomas Ray Jones, 18-88 (Maughmer)). The parties are requesting the first week, as long as the other case is set for the second week.

    **IT IS SO ORDERED**

                                        */s/ Lajuana M. Counts*
                                        LAJUANA M. COUNTS
                                        UNITED STATES MAGISTRATE JUDGE